| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **BRIAN CURTIS HADDOX** |
| Debtor 2 (Spouse, if filing) | **SHERRY LYNN HADDOX** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **16-10478TPA** |

## Form 4100N
# Notice of Final Cure Payment                                    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   US BANK TRUST NA - TRUSTEE TIKI SERIES

**Court claim no.**  (if known):
4

**Last 4 digits** of any number you use to identify the debtor's account    9  0  6  1

**Property Address:**        129 ELLIS AVE
HERMITAGE PA 16148

### Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.   Allowed prepetition arrearage: | (a) | $    3,072.81 |
| b.   Prepetition arrearage paid by the trustee : | (b) | $    3,072.81 |
| c.   Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $    1,341.62 |
| d.   Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $    1,341.62 |
| e.   Allowed postpetition arrearage: | (e) | $    0.00 |
| f.   Postpetition arrearage paid by the trustee : | + (f) | $    0.00 |
| g.   **Total.** Add lines b, d, and f. | (g) | $    4,414.43 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee .

Current monthly mortgage payment                                    $    $1,024.27

The next postpetition payment is due on    7 / 1 / 2021
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Debtor 1    **BRIAN CURTIS HADDOX**
Name

Case number *(if known)* **16-10478TPA**

---

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**✗** /s/ Ronda J. Winnecour

Signature

Date    06/01/2021

Trustee    Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone    (412) 471-5566

Email    cmecf@chapter13trusteewdpa.com

---

Form 4100N

**Notice of Final Cure Payment**

page 2

| Debtor 1 | **BRIAN CURTIS HADDOX** | | Case number *(if known)* | **16-10478TPA** |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
| --- | --- | --- | --- | --- |
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 06/25/2019 | 1122963 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 128.96 |
| 07/29/2019 | 1126408 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 130.76 |
| 08/27/2019 | 1129877 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 130.19 |
| 09/24/2019 | 1133186 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 129.60 |
| 10/24/2019 | 1136514 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 122.36 |
| 11/25/2019 | 1140148 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 121.81 |
| 12/23/2019 | 1143528 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 121.26 |
| 01/28/2020 | 1146987 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 121.73 |
| 02/25/2020 | 1150507 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 121.17 |
| 03/23/2020 | 1153993 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 120.63 |
| 04/27/2020 | 1157453 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 120.04 |
| 05/26/2020 | 1160786 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 100.56 |
| 06/26/2020 | 1163929 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 100.01 |
| 07/29/2020 | 1167045 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 99.44 |
| 08/25/2020 | 1170121 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 98.83 |
| 09/28/2020 | 1173213 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 98.19 |
| 10/26/2020 | 1176310 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 104.24 |
| 11/24/2020 | 1179378 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 103.44 |
| 12/21/2020 | 1183099 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 377.49 |
| 01/25/2021 | 1186118 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 113.82 |
| 02/22/2021 | 1189241 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 111.79 |
| 03/26/2021 | 1192560 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 396.49 |
| | | | | 3,072.81 |
| | | | | |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 03/26/2021 | 1192560 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,341.62 |
| | | | | 1,341.62 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 01/25/2017 | | BENEFICIAL CDC/BENEFICIAL MORTGAGE | REALLOCATION OF CONTINUING DEBT | 3,169.84 |
| 01/27/2017 | 1026452 | BENEFICIAL CDC/BENEFICIAL MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 1,893.75 |
| 02/24/2017 | 1029947 | BENEFICIAL CDC/BENEFICIAL MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 964.14 |
| 03/28/2017 | 1033324 | BENEFICIAL CDC/BENEFICIAL MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 977.59 |
| 05/25/2017 | 1039968 | BENEFICIAL CDC/BENEFICIAL MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 1,988.68 |
| 06/27/2017 | 1043315 | BENEFICIAL CDC/BENEFICIAL MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 1,002.80 |
| 08/25/2017 | 1049975 | BENEFICIAL CDC/BENEFICIAL MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 2,675.26 |
| 10/25/2017 | 1058064 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,386.15 |
| 11/21/2017 | 1061337 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,391.24 |
| 12/21/2017 | 1064619 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,395.80 |
| 01/25/2018 | 1068058 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,799.74 |
| 03/28/2018 | 1074427 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,815.24 |
| 05/25/2018 | 1080925 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,125.50 |
| 07/26/2018 | 1087286 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,093.83 |
| 08/28/2018 | 1090500 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 487.31 |
| 09/25/2018 | 1093632 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 308.83 |
| 10/29/2018 | 1096880 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,862.17 |
| 11/27/2018 | 1100018 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,109.23 |
| 12/21/2018 | 1103124 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,129.93 |
| 01/25/2019 | 1106331 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,233.03 |
| 02/25/2019 | 1109581 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,039.39 |
| 03/25/2019 | 1112875 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 04/26/2019 | 1116168 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 05/24/2019 | 1119566 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 06/25/2019 | 1122963 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 07/29/2019 | 1126408 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 08/27/2019 | 1129877 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 09/24/2019 | 1133186 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 10/24/2019 | 1136514 | LSF10 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 11/25/2019 | 1140148 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 12/23/2019 | 1143528 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 01/28/2020 | 1146987 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 02/25/2020 | 1150507 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 03/23/2020 | 1153993 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |

| Debtor 1 | **BRIAN CURTIS HADDOX** | | Case number *(if known)* **16-10478TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 04/27/2020 | 1157453 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 05/26/2020 | 1160786 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 06/26/2020 | 1163929 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 07/29/2020 | 1167045 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 08/25/2020 | 1170121 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 09/28/2020 | 1173213 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 10/26/2020 | 1176310 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 11/24/2020 | 1179378 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 12/21/2020 | 1183099 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 01/25/2021 | 1186118 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 02/22/2021 | 1189241 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 03/26/2021 | 1192560 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 04/26/2021 | 1195793 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,024.27 |
| 05/25/2021 | 1198912 | US BANK TRUST NA - TRUSTEE TIKI SERII | AMOUNTS DISBURSED TO CREDITOR | 1,027.27 |
| | | | | 63,507.74 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

BRIAN CURTIS HADDOX
SHERRY LYNN HADDOX
129 ELLIS AVENUE
HERMITAGE, PA  16148

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

US BANK TRUST NA - TRUSTEE TIKI SERIES IV TRUST
C/O SN SERVICING CORP(*)
323 5TH ST
EUREKA, CA  95501

D ANTHONY SOTTILE ESQ
SOTTILE & BARILE LLC
394 WARDS CORNER RD STE 180
LOVELAND, OH  45140

6/1/21                                          /s/ Roberta Saunier
                                                _____
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee