B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re Brian Curtis Haddox
Sherry Lynn Haddox,                              Case No. 16-10478-TPA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust | U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   c/o SN Servicing Corporation
   323 Fifth Street
   Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #: 9061

Court Claim # (if known): 4-1
Amount of Claim: $108,669.61
Date Claim Filed: 06/13/2016

Phone:
Last Four Digits of Acct. #: 9061

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: 9061

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                      Date: 06/21/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.